95  543
110   53

FRANK P. KIRKWOOD v. MARY E. FINEGAN.

*Nuisance—Erection of fence—Malice—Abatement.*

This case is ruled by *Flaherty v. Moran,* 81 Mich. 52, the erection of the fence sought to be enjoined being the outcome of a quarrel between neighbors, and its character and style indicating the motive which prompted its construction.[1]

[1] The premises are situated on a residence street. The posts used in constructing the fence were discarded street-railway ties, containing large spike holes, and were set about 7 feet apart, with

Appeal from Kent.   (Grove, J.)   Argued April 27, 1893.
Decided May 31, 1893.

Bill to enjoin the erection and maintenance of a fence.
Defendant appeals.   Decree affirmed.   The facts are suf-
ficiently stated in the opinion and in the foot-note.

*Dunham & Preston,* for complainant.

*Thompson, Temple & McCormick,* for defendant, con-
tended:

1. This case is devoid of all of the elements of malice found in
   *Burke v. Smith,* 69 Mich. 380, and *Flaherty v. Moran,* 81 Id.
   52, the only facts or circumstances warranting the conclusion
   of its existence being the building of the fence at a height of
   6 feet and 4 inches on complainant's side, and of 4 feet and 4
   inches on defendant's side, and at a distance of 9 feet and 6
   inches from complainant's house.
2. The only question in the case is, has a man a right to build a
   fence of lawful height on the dividing line, if his neighbor's
   land happens to be lower than his, as in this case?—whether
   the level of his land or that of the adjoining land should gov-
   ern as to the height of the fence.

McGRATH, J.   This is a bill to enjoin the erection and
maintenance of a fence between premises occupied by the
parties.

We think the case is ruled by *Flaherty v. Moran,* 81
Mich. 52.   It is clear that the fence is the outcome of a
quarrel between neighbors.   Its character and style indi-
cate the motive which prompted its construction, and the
decree below must be affirmed, with costs.

The other Justices concurred.

---

stringers at the top and bottom, to which old boards were nailed
on the side next to defendant's lot.   Complainant's premises are
about 2 feet lower than defendant's, which had been filled in and
terraced on the front.